FILED
CLERK, U.S. DISTRICT COURT

JAN 15 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          )   MJ 08-00062
              Plaintiff,  )
                          )
     v.                   )
                          )   ORDER OF DETENTION AFTER HEARING
Alberto Vasquez-Perez     )   (18 U.S.C. § 3142(i))
                          )
                          )
              Defendant.  )

I.

A.   ( ) On motion of the Government involving an alleged

     1.   ( )  crime of violence;

     2.   ( )  offense with maximum sentence of life imprisonment or death;

     3.   ( )  narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq.,/955a);

     4.   ( )  felony - defendant convicted of two or more prior offenses described above.

B.   On motion (✓) (by the Government)/( ) (by the Court sua sponte involving)

     1.   (✓) serious risk defendant will flee;

```
 1        2.   ( ) serious risk defendant will
 2              a. ( ) obstruct or attempt to obstruct justice;
 3              b. ( ) threaten, injure, or intimidate a prospective
 4                   witness or juror or attempt to do so.
 5
 6   The Court finds [for the present and/or that] no condition or combination of conditions will
 7   reasonable assure:
 8        A.   (✓) appearance of defendant as required; and/or
 9        B.   (✓) safety of any person or the community;
10                              III.
11   The Court has considered:
12        A.   (✓) the nature and circumstances of the offense;
13        B.   (✓) the weight of evidence against the defendant;
14        C.   (✓) the history and characteristics of the defendant;
15        D.   (✓) the nature and seriousness of the danger to any
16             person or to the community.
17                              IV.
18   The Court concludes:
19        A.   (✓) Defendant poses a risk to the safety of other persons
20             or the community because: criminal history;
21   alcohol abuse history; history of
22   mental problems; past gang affiliation
23   _____
24   _____
25   _____
26   _____
27   ///
28   ///
```

CR - 94 (02/94)         ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))         -2-

1  B.  (✓) History and characteristics indicate a serious risk
2      that defendant will flee because: _____
3      _____illegal alien; lack of_____
4      _____secured ntl resources;_____
5      _____unemployed_____
6      _____

7  C.  ( ) A serious risk exists that defendant will:
8       1. ( ) obstruct or attempt to obstruct justice;
9       2. ( ) threaten, injure or intimidate a witness/
10         juror; because: _____
11     _____
12     _____
13     _____

14 D.  ( ) Defendant has not rebutted by sufficient evidence to
15     the contrary the presumption provided in 18 U.S.C.
16     § 3142 (e).
17 IT IS ORDERED [without prejudice] that defendant be detained prior to trial.

18 IT IS FURTHER ORDERED that defendant be confined as far as
19 practicable in a corrections facility separate from persons awaiting
20 or serving sentences or person held pending appeal.

21 IT IS FURTHER ORDERED that defendant be afforded reasonable
22 opportunity for private consultation with his counsel.

23
24 DATED: 1/15/08

25
26 _____
27 U.S. MAGISTRATE JUDGE / DISTRICT JUDGE
28

CR - 94 (02/94)          ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))     - 3 -